FILED

08/26/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0157

IN THE SUPREME COURT OF THE STATE OF MONTANA

_____

Supreme Court Cause No.: DA 21-0157

_____

360 Reclaim, LLC, a Montana limited liability
company,

        Plaintiff and Appellee,

  v.

WILLIAM M. RUSSELL, an individual, and
MOUNTAIN VIEW INVESTMENTS, L.C.,
an Idaho limited liability company,

        Defendants.


WILLIAM M. RUSSELL,

        Plaintiff and Appellant,

  v.

360 RECLAIM, a Montana limited liability
company,

        Defendant, Counter-Plaintiff,
        Third-Party Plaintiff and Appellee,

  v.

WILLIAM M. RUSSELL,

        Counter-Defendant and Appellant,

  and

U.S. TREASURY, by and through the INTERNAL
REVENUE SERVICE,

        Third-Party Defendant.

On Appeal from the Eleventh Judicial District Court, Flathead County
Consolidated Cause No.:  DV-19-305(B) (DV 2019-473C)

[1]

**ORDER GRANTING APPELLEE 360 RECLAIM, LLC's
MOTION FOR EXTENSION OF TIME**

Based on Appellee 360 RECLAIM, LLC's Unopposed Motion for Extension of Time to file its Response Brief, and good cause appearing therefore,

IT IS HEREBY ORDERED that Appellee has up to and including October 1, 2021, within which to file its Response Brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 26 2021